## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                   )<br>                    Plaintiff,          )<br>                                                   )<br>v.                                                )<br>                                                   )<br>VANESSA RUIZ,                           )<br>                                                   )<br>                    Defendant.      )<br>_____) | 2:12-cr-00082-MMD -VCF<br><br>**MINUTE ORDER**<br><br>Dated:   February 22, 2013 |

PRESENT:      THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:        Mai Tieu          RECORDER:       None

COUNSEL FOR PLAINTIFF(S):                         None Appearing

COUNSEL FOR DEFENDANT(S):                    None Appearing

    Before the court is defendant Vanessa Ruiz' Unopposed Motion for Stay of Determination of Pending Motions. (#312).  No Opposition was filed, and defendant represented to the court that the government does not oppose the brief stay.  *Id.*

    Defendant asserts that the parties are engaged in plea negotiations and that a stay is warranted so that the parties may focus on negotiations and avoid unnecessary preparations and hearings.  (#312).

    IT IS HEREBY ORDERED that defendant Vanessa Ruiz' Unopposed Motion for Stay of Determination of Pending Motions (#312) is GRANTED.

    IT IS THEREFORE ORDERED that the determination of all pending motions in this action is STAYED until March 8, 2013.  The parties must submit a Joint Status Report on or before March 6, 2013, informing the court of the status of the plea negotiations.  If the parties need additional time to engage in plea negotiations, a motion must be filed with the court.

                                                **CAM FERENBACH**<br>
                                                **UNITED STATES MAGISTRATE JUDGE**