RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Ben_Nemec@fd.org

Attorney for Vanessa Ruiz

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>VANESSA RUIZ,<br><br>           Defendant. | 2:12-cr-00082-APG-VCF-7<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Vanessa Ruiz, that the revocation hearing scheduled for July 21, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than July 26, 2021.

This stipulation is entered into for the following reasons:

1. Both undersigned counsel and AUSA Frayn are unavailable on July 21, 2021.  The next time both counsels are available is July 26, 2021.  Undersigned counsel is not available from July 27, 2021-July 30, 2021.
2. The defendant is currently in custody and does not object to the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By *Benjamin F. J. Nemec*<br>Benjamin F. J. Nemec<br>Assistant Federal Public Defender | By *Kimberly M. Frayn*<br>Kimberly M. Frayn<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VANESSA RUIZ,<br><br>    Defendant. | 2:12-cr-00082-APG-VCF-7<br><br>ORDER |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled on Wednesday, July 21, 2021, at 1:30 p.m., be vacated and continued to __August 3, 2021__ at the hour of __2__:__30__ _p_.m. in Courtroom 6C.

DATED this _19th_ day of July 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

3